# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| D.B., BY AND THROUGH ) <br> HER GUARDIAN, KATRINA WARR ) <br> AND KATRINA WARR, ) <br> INDIVIDUALLY ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MONTGOMERY COUNTY SCHOOL DISTRICT,) <br> ) <br> Defendant. ) | **SUMMONS** <br> (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) <br><br> CIVIL ACTION NUMBER: 2:07CV783-mht |

TO DEFENDANT:    Montgomery County Public Schools
                 1153 South Lawrence St.
                 Montgomery, AL 36104

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Deborah A. Mattison, Esq.
Wiggins, Childs, Quinn & Pantazis
The Kress Building, 301 19th Street North, Birmingham, Alabama 35203

a response to the complaint which is herewith served upon you, within 20 days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 9-4-07                    DEBRA P. HACKETT, CLERK

                                By: _Charlene Campbell_ (signature)

SEE REVERSE SIDE FOR RETURN     Deputy Clerk

                                (SEAL OF COURT)

NOTE: A separate summons must be
      prepared for each defendant.

                                CLERK, U. S. DISTRICT COURT
                                MIDDLE DISTRICT OF ALABAMA
                                One Church St.
                                Montgomery, AL 36104

CASE NO. _____

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐   By personal service on the defendant at   _____

_____

☐   By certified mail on the defendant at:

_____

_____

☐   By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____          _____
    **Date**                    ***Authorized or Specially Appointed Process Server***

Costs of Service:    Service fee:                              $
                     Expenses: _____ miles @ _____cents  $_____

                                        TOTAL       $