IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

D.B., *et al.*,

    Plaintiffs,

*-vs-*

MONTGOMERY COUNTY SCHOOL DISTRICT,

    Defendant.

Case No. 2:07-cv-783-MHT

# MONTGOMERY COUNTY BOARD OF EDUCATION'S CORPORATE DISCLOSURE STATEMENT

COMES NOW the Defendant, Montgomery County Board of Education, improperly designated as the Montgomery County School District and in accordance with the order of this court does hereby make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of Fed.R.Civ.P., 7.1 and this Court's General Order Miscellaneous Case No. 00-3047:

    **This party is a governmental entity**.

RESPECTFULLY SUBMITTED this the 11th day of September, 2007.

MONTGOMERY COUNTY BOARD
OF EDUCATION, Defendant,

By: /S/ Erika Perrone Tatum
James R. Seale (3617-E-68J)
Erika Perrone Tatum (1983-M-66E)
HILL, HILL, CARTER,
  FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
334.834.7600
334.263.5969 fax
E-mail: jrs@hillhillcarter.com
E-mail: etatum@hillhillcarter.com
Counsel for Defendant
wwm/6630.0174/f:Corporate Disclosure Statement.wpd

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing *Montgomery County Board of Education's Corporate Disclosure Statement* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, using the CM/ECF system which will send notification of such filing to: Deborah A. Mattison, Esquire (dam@ wcqp.com); this the 11th day of September, 2007.

/S/ Erika Perrone Tatum