| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _J. Harvey_ ☒ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>V. Harvey   09/05/7<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Montgomery County Public Schools<br>1153 So. Lawrence St.<br>Montgomery, AL 36104<br><br>07cv783 | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 0710 0000 4260 7535 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |