IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| D.B., by through her guardian, Katrina Warr, and KATRINA WARR, individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>MONTGOMERY COUNTY SCHOOL DISTRICT,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO.<br>)       2:07cv783-MHT<br>)<br>)<br>)<br>)<br>) |

ORDER

It is ORDERED as follows:

(1) The joint motion to continue (Doc. No. 6) is granted as set forth in this order.

(2) The motion for temporary restraining order and alternative application for preliminary injunction (Doc. No. 2) are denied with leave to renew.

DONE, this the 14th day of September, 2007.

                                    /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE