IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

D. B., by and through her guardian,    )
Katrina Warr and KATRINA WARR,    )
individually,    )
    )
               Plaintiffs,    )
    )
      v.    )    CIVIL ACTION NO. 2:07cv783-MHT
    )
MONTGOMERY COUNTY SCHOOL    )
DISTRICT,    )
    )
             Defendant.    )

## ORDER

For good cause, it is

ORDERED that a telephone status conference is scheduled for 9:00 a.m. on October

26, 2007. Counsel for the plaintiffs is DIRECTED to set up the telephone conference call.

DONE, this 26th day of September, 2007.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE