IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| D.B., *et al.*,<br>    Plaintiffs,<br><br>-vs-<br><br>MONTGOMERY COUNTY SCHOOL DISTRICT,<br>    Defendant. | Case No. 2:07-cv-783-MHT |

## JOINT MOTION FOR TELEPHONE STATUS CONFERENCE

COME NOW the parties D.B., by and through her Guardian, Katrina Warr and Katrina Warr, Individually, and the Montgomery County Board of Education, improperly designated as the Montgomery County School District, by and through their respective counsel, and state as follows:

1.  Pursuant to the Court's September 26, 2007 Order, a telephone status conference is scheduled for 9:00 a.m. on October 26, 2007.

2.  The parties have resolved the issues in this case and seek to advise the Court prior to October 26, 2007.

3.  The parties respectfully request that the Court schedule a telephone status conference at 9:30 a.m. on October 23, 2007.

WHEREFORE, These Premises Considered, the parties respectfully request this Honorable Court to enter an Order regarding the aforementioned status conference.

The undersigned attests that Deborah A. Mattison has agreed to the foregoing and has authorized me to execute this document and electronically file same on her behalf.

RESPECTFULLY SUBMITTED this the 18th day of October, 2007.

D.B., *et al.*, Plaintiffs,

By: /S/ Deborah A.. Mattison
Deborah A. Mattison (3959-N-59D)
WIGGINS, CHILDS, QUINN
  & PANTAZIS, LLC
The Kress Building
301 19th Street, North
Birmingham, Alabama 35203
(205) 314-0500
(205) 254-1500 - fax
E-mail: achannell@wcqp.com
**Counsel for Plaintiffs**

MONTGOMERY COUNTY BOARD
OF EDUCATION, Defendant,

By: /S/ Erika Perrone Tatum
James R. Seale (3617-E-68J)
Erika Perrone Tatum (1983-M-66E)
HILL, HILL, CARTER,
  FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 263-5969 - fax
E-mail: jrs@hillhillcarter.com
E-mail: etatum@hillhillcarter.com
**Counsel for Defendant**

wwm/6630.0181/g:Joint Motion-Telephone Status Conference.wpd