IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| D. B., by and through her guardian, Katrina Warr and KATRINA WARR, individually, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:07cv783-MHT |
| MONTGOMERY COUNTY SCHOOL DISTRICT, | ) ) ) ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the joint motion for telephone status conference (Doc. # 13), filed October 18, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The telephone status conference previously scheduled for 9:00 a.m. on October 26, 2007 **is rescheduled for 9:30 a.m. on October 23, 2007**. Counsel for the plaintiffs is DIRECTED to set up the telephone conference call.

Done, this 19th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE