IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| D.B., *et al.*, <br>     Plaintiffs, <br><br> -vs- <br><br> MONTGOMERY COUNTY SCHOOL DISTRICT, <br>     Defendant. | Case No. 2:07-cv-783-MHT |

## JOINT MOTION TO DISMISS

COME NOW the parties D.B., by and through her Guardian, Katrina Warr and Katrina Warr, Individually, and the Montgomery County Board of Education, improperly designated as the Montgomery County School District, and hereby stipulate by and through their undersigned respective counsel of record that all claims brought by Plaintiffs against Defendant in this action may be dismissed with prejudice, with each party to bear their own costs.

The undersigned attests that Deborah A. Mattison has agreed to the foregoing and has authorized me to execute this document and electronically file same on her behalf.

RESPECTFULLY SUBMITTED this the 29th day of October, 2007.

| D.B., *et al.*, Plaintiffs, | MONTGOMERY COUNTY BOARD OF EDUCATION, Defendant, |
|---|---|
| By: /S/ *Deborah A. Mattison* <br>     Deborah A. Mattison (3959-N-59D) <br>     WIGGINS, CHILDS, QUINN <br>         & PANTAZIS, LLC <br>     The Kress Building <br>     301 19th Street, North <br>     Birmingham, Alabama 35203 <br>     (205) 314-0500 <br>     (205) 254-1500 - fax <br>     E-mail: achannell@wcqp.com <br>     Counsel for Plaintiffs | By: /S/ *Erika Perrone Tatum* <br>     James R. Seale (3617-E-68J) <br>     Erika Perrone Tatum (1983-M-66E) <br>     HILL, HILL, CARTER, <br>         FRANCO, COLE & BLACK, P.C. <br>     Post Office Box 116 <br>     Montgomery, Alabama 36101-0116 <br>     (334) 834-7600 <br>     (334) 263-5969 - fax <br>     E-mail: jrs@hillhillcarter.com <br>     E-mail: etatum@hillhillcarter.com <br>     Counsel for Defendant <br>     wwm/6630.0181/g:Joint Motion to Dismiss.wpd |