IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
D.B., by through her        )
guardian, Katrina Warr,     )
and KATRINA WARR,           )
individually,               )
                            )
    Plaintiffs,             )
                            )   CIVIL ACTION NO.
    v.                      )     2:07cv783-MHT
                            )         (WO)
MONTGOMERY COUNTY SCHOOL    )
DISTRICT,                   )
                            )
    Defendant.              )
```

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The joint motion to dismiss (Doc. No. 16) is granted.

(2) This cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 30th day of October, 2007.**

                                 <u>/s/ Myron H. Thompson</u>
                                 **UNITED STATES DISTRICT JUDGE**